Dismissed and Memorandum Opinion filed July 3, 2003













Dismissed and
Memorandum Opinion filed July 3, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00177-CR

____________

 

ARISTELLE JOSEPH HARRIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________

 

On Appeal from
the 122nd District Court

Galveston County, Texas

Trial Court Cause No.  02CR1946

 

_______________________________________________

 

 

M E M O R A
N D U M   O P I N I O N

            A written request to withdraw the
notice of appeal, personally signed by appellant, has been filed with this
Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant’s request.

            Accordingly, we order the appeal
dismissed.  We direct the Clerk of the
Court to issue the mandate of the Court immediately.

                                                                        PER
CURIAM

Judgment
rendered and Memorandum Opinion filed July 3, 2003.

Panel
consists of Justices Yates, Hudson, and Frost.

Do Not Publish — Tex. R. App. P. 47.2(b).